UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>ANTONIO VICTOR MIRELEZ,<br><br>                              Defendant. | NO:  2:13-CR-2061-TOR<br><br>ORDER GRANTING STIPULATION TO DISMISS MOTION TO VACATE SENTENCE |

BEFORE THE COURT are Defendant's 28 U.S.C. § 2255 Motion to Vacate Sentence and for Resentencing (ECF No. 44) and the parties Stipulation for Dismissal (ECF No. 49) of the pending habeas corpus petition.  These matters were submitted for consideration without oral argument.  The Court—having reviewed the motion and stipulation, the record, and files therein—is fully informed.

**ACCORDINGLY, IT IS ORDERED:**

1.   The parties Stipulation for Dismissal (ECF No. 49) of the pending

habeas corpus petition is **GRANTED**.

ORDER GRANTING STIPULATION TO DISMISS MOTION TO VACATE SENTENCE ~ 1

2. Defendant's 28 U.S.C. § 2255 Motion to Vacate Sentence and for Resentencing (ECF No. 44) is **DISMISSED** (**Denied**) pursuant to the parties' stipulation.

The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** the corresponding civil file (1:16-CV-3122-TOR).

**DATED** March 17, 2017.



_Thomas O. Rice_
THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATION TO DISMISS MOTION TO VACATE SENTENCE ~ 2